UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CINDY BAUGHMAN, § § § Plaintiff, § VS. § CIVIL ACTION NO. 4:18-CV-2919 § IDAHO HOUSING AND FINANCE § ASSOCIATION § MORTGAGE ELECTRONIC § REGISTRATION SYSTEMS, INC. § ENVOY MORTGAGE, LTD, § § Defendants. § § | |

## ORDER

The Court has been advised that the Plaintiff is under the protection of the automatic stay in Bankruptcy. Accordingly, the captioned case shall be **ADMINISTRATIVELY CLOSED**. The parties are granted leave to move to reinstate the case on the Court's active docket at such time in the future as the parties deem appropriate. A copy of this Order shall be attached as an exhibit to any motion to reinstate.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this 24th day of October, 2018, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**